UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEVE DOYLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRYSLER GROUP LLC, a Delaware Limited Liability Company, , <br><br> Defendant. | Case No. SA-CV-13-620-JVS-ANx <br><br> ORDER GRANTING IN PART EX PARTE APPLICATION <br><br> ORDER CONTINUING HEARING |

This matter is before the Court on the Ex Parte Application filed by Defendant Chrysler Group LLC's ("Chrysler Group") to strike Plaintiffs' Reply briefing in support of their Motion for Class Certification or to continue the hearing on the Motion for Class Certification to allow for supplemental briefing. Upon review of the Ex Parte Application, the Opposition thereto, and the relevant record, the Court grants the alternative relief requested.

Specifically, Chrysler Group may file a supplemental brief (limited to 20 pages) no later than September 2, 2014.  The hearing on the Motion for Class Certification, as well as the Motion to Strike Declarations and the Motion for Sanctions is continued from August 25, 2014, to September 15, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED:  August 20, 2014       UNITED STATES DISTRICT COURT JUDGE

By: _____
The Honorable James V. Selna