**ARIAS OZZELLO & GIGNAC LLP**
J. Paul Gignac, Cal. State Bar No. 125676
j.paul@aogllp.com
Mischa N. Barteau, Cal. State Bar No. 274474
mbarteau@aogllp.com
115 S. La Cumbre Lane, Suite 300
Santa Barbara, California 93105
Telephone: (805) 683-7400
Facsimile: (805) 683-7401

**FOLEY BEZEK BEHLE & CURTIS, LLP**
Robert A. Curtis, Cal. State Bar No. 203870
rcurtis@foleybezek.com
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

**GOLDENBERG SCHNEIDER, L.P.A.**
Jeffrey S. Goldenberg (Admitted *pro hac vice*)
jgoldenberg@gs-legal.com
One West Fourth Street, 18th Floor
Cincinnati, Ohio 45202-3604
Telephone: (513) 345-8297
Facsimile: (513) 345-8294

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVE DOYLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRYSLER GROUP LLC, <br><br> Defendant. | Case No. SA-CV-13-620-JVS-ANx <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING APPLICATION TO FILE UNDER SEAL RE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON CLAIMS OF PLAINTIFF STEVE DOYLE** <br><br> The Honorable James V. Selna |

Pursuant to Local Rule 79-5.1, Plaintiffs' Application to File Under Seal is GRANTED.

**IT IS HEREBY ORDERED THAT** the following documents shall be filed under seal:

1. Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment on Claims of Plaintiff Steve Doyle
2. Declaration of Mischa N. Barteau in Support of Application to File Under Seal Re Opposition to Motion for Summary Judgment on Claims of Plaintiff Steve Doyle (with Exhibits 1-7)
3. Statement of Genuine Disputes of Material Fact In Support of Opposition to Chrysler Group's Motion for Summary Judgment on Claims of Plaintiff Steve Doyle

The above-listed documents include information that defendant Chrysler Group LLC has designated as Confidential pursuant to paragraph 1 of the Order Regarding Confidentiality and Return of Documents (as modified by the Court). Doc. No. 47.

**Public redacted versions of each document shall be filed within seven days.**

**IT IS SO ORDERED.**

Dated: December 03, 2014_____  By: _____
Honorable James V. Selna
United States District Court Judge