1  **ARIAS OZZELLO & GIGNAC LLP**
   J. Paul Gignac, Cal. State Bar No. 125676
2  j.paul@aogllp.com
   Mischa N. Barteau, Cal. State Bar No. 274474
3  mbarteau@aogllp.com
   115 S. La Cumbre Lane, Suite 300
4  Santa Barbara, California 93105
   Telephone: (805) 683-7400
5  Facsimile: (805) 683-7401

6  **FOLEY BEZEK BEHLE & CURTIS, LLP**
   Robert A. Curtis, Cal. State Bar No. 203870
7  rcurtis@foleybezek.com
   15 West Carrillo Street
8  Santa Barbara, California 93101
   Telephone: (805) 962-9495
9  Facsimile: (805) 962-0722

10 **GOLDENBERG SCHNEIDER, L.P.A.**
   Jeffrey S. Goldenberg (Admitted *pro hac vice*)
11 jgoldenberg@gs-legal.com
   One West Fourth Street, 18th Floor
12 Cincinnati, Ohio 45202-3604
   Telephone: (513) 345-8297
13 Facsimile: (513) 345-8294

14 *Attorneys for Plaintiffs*

15

                    UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION

| | |
|---|---|
| STEVE DOYLE, *et al.*, | Case No. SA-CV-13-620-JVS-ANx |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| CHRYSLER GROUP LLC, | |
| Defendant. | |

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the State of California, County of Santa Barbara. I am over the age of 18 and not a party to the within suit; my business address is 115 S La Cumbre Lane, Suite 300, Santa Barbara, California 93105.

On December 3, 2014, I served the document described as:

**Conformed Copy of Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment on Claims of Plaintiff Steve Doyle**

**Conformed Copy of Statement of Genuine Disputes of Material Fact in Support of Opposition to Chrysler Group's Motion for Summary Judgment on Claims of Plaintiff Steve Doyle**

**Conformed Copy of Declaration of Mischa N. Barteau in Support of Application to File Under Seal Re Opposition to Motion for Summary Judgment on Claims of Plaintiff Steve Doyle**

on the interested parties in this action by sending [ ] the original [or] [✓] a true copy thereof to interested parties as follows:

"SEE ATTACHED MAILING LIST"

[ ] **BY MAIL (enclosed in a sealed envelope):** I deposited the envelopes for mailing in the ordinary course of business at Santa Barbara, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, the sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Santa Barbara, CA.

[ ] **BY FAX:** I hereby certify that this document was served by facsimile delivery on the parties listed herein at their most recent fax number of record in this action from Santa Barbara, California.

[ ] **BY CM/EF:** I hereby certify that this document was served by the court's CM/ECF system

[✓] **BY E-MAIL:** I hereby certify that this document was served by e-mail delivery on the parties listed herein at their most recent e-mail addresses of record in this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 3, 2014** at Santa Barbara, California.

_____Jessica Hernandez_____  
Type or Print Name                                    Signature

ARIAS OZZELLO & GIGNAC LLP

Page 2
**PROOF OF SERVICE**

## MAILING LIST
### (Email List For E-Service)

FOR CHRYSLER GROUP LLC:

Kathy A. Wisniewski
kwisniewski@thompsoncoburn.com
John W. Rogers
jrogers@thompsoncoburn.com
Stephen D' Aunoy
SDAunoy@thompsoncoburn.com
One US Bank Plaza
St. Louis, Missouri, 63101

Amand Mines
amand.mines@sedgwicklaw.com
801 Figueroa Street, 19th Floor
Los Angeles, CA, 90017-5556


FOR PLAINTIFFS:

Peter J. Bezek
pbezek@foleybezek.com
Robert A. Curtis
rcurtis@foleybezek.com
Goley Bezek Behele & Curtis, LLP
15 West Carrillo Street
Santa Barbara, CA, 93101

Jeffrey S. Goldenberg
jgoldenberg@gs-legal.com
Todd Naylor
tnaylor@gs-legal.com
1 West 4th Street
18th Floor
Cincinnati, Ohio, 45202

J. Paul Gignac
j.paul@aogllp.com
Mischa Barteau
mbarteau@aogllp.com
115 S. La Cumbre Lane
Suite 300
Santa Barbara, CA, 93105